## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 12-10275 RDS
**Case Name:** OCOEE RIVER TRANSPORT, INC.

**Period Ending:** 12/31/14

**Trustee:** (620460)   WILLIAM M. FOSTER
**Filed (f) or Converted (c):** 01/18/12 (f)
**§341(a) Meeting Date:** 03/02/12
**Claims Bar Date:** 06/27/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | two checking acct., estimate<br>  Secured to Bank.   Nothing for Estate/ | 100.00 | 0.00 | | 0.00 | FA |
| 2 | possible utility deposit | 500.00 | 500.00 | | 0.00 | 500.00 |
| 3 | possible insurance refunds/amt. unknown | 1.00 | 1.00 | | 4,522.00 | FA |
| 4 | accounts receivable, estimate | 56,000.00 | 56,000.00 | | 3,524.50 | 52,475.50 |
| 5 | dispute between IRS/Southern Heritage/amt unknow | 1.00 | 1.00 | | 0.00 | 1.00 |
| 6 | Consumer lists, etc<br>  No value for Estate | 1.00 | 1.00 | | 0.00 | FA |
| 7 | 2011 Ford F-150 | 46,320.00 | 0.00 | | 0.00 | FA |
| 8 | 21 trucks, 40 trailers (estimated value) | 1,100,000.00 | 1,100,000.00 | | 501,390.00 | FA |
| 9 | computers | 200.00 | 200.00 | | 10.00 | FA |
| 10 | office furniture | 500.00 | 500.00 | | 450.00 | FA |
| 11 | Mitsubishi forklift | 7,500.00 | 7,500.00 | | 8,000.00 | FA |
| 12 | rack systems | 4,500.00 | 4,500.00 | | 1,435.00 | FA |
| 13 | 7 filing cabinets | 350.00 | 350.00 | | 245.00 | FA |
| 14 | misc. records/no value | 1.00 | 1.00 | | 0.00 | FA |
| 15 | phone system | 2,500.00 | 2,500.00 | | 850.00 | FA |
| 16 | State of Tennsee Warrants | Unknown | 3,565.25 | | 3,565.25 | FA |
| **16** | **Assets**   **Totals**  (Excluding unknown values) | **$1,218,474.00** | **$1,175,619.25** | | **$523,991.75** | **$52,976.50** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-10275 RDS  
**Case Name:** OCOEE RIVER TRANSPORT, INC.  
**Period Ending:** 12/31/14

**Trustee:** (620460) WILLIAM M. FOSTER  
**Filed (f) or Converted (c):** 01/18/12 (f)  
**§341(a) Meeting Date:** 03/02/12  
**Claims Bar Date:** 06/27/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Realization of additional funds is unlikely. Awaiting resolution of tax issues.

12-15-14- Still awaiting tax clearance letter. Questions on depreciation appear to Trustee to be the problem.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013     **Current Projected Date Of Final Report (TFR):** June 30, 2015