**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

In re: OCOEE RIVER TRANSPORT, INC.　　§　Case No. 1:12-BK-10275-SDR
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　WILLIAM M. FOSTER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $46,923.00              Assets Exempt: $0.00
(without deducting any secured claims)

Total Distribution to Claimants: $417,743.57    Claims Discharged
                                                Without Payment: $6,335,359.50

Total Expenses of Administration: $106,248.18
```

　　　3)  Total gross receipts of $    523,991.75    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $523,991.75 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,464,477.14 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 106,248.18 | 106,248.18 | 106,248.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,484.46 | 102,028.24 | 92,919.50 | 92,919.50 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,792,564.15 | 2,055,502.18 | 1,987,075.51 | 324,824.07 |
| **TOTAL DISBURSEMENTS** | $4,800,048.61 | $4,728,255.74 | $2,186,243.19 | $523,991.75 |

4) This case was originally filed under Chapter 7 on January 18, 2012. The case was pending for 81 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/25/2018          By: /s/WILLIAM M. FOSTER
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| possible insurance refunds/amt. unknown | 1129-000 | 4,522.00 |
| accounts receivable, estimate | 1129-000 | 3,524.50 |
| 21 trucks, 40 trailers (estimated value) | 1129-000 | 501,390.00 |
| computers | 1129-000 | 10.00 |
| office furniture | 1129-000 | 450.00 |
| Mitsubishi forklift | 1129-000 | 8,000.00 |
| rack systems | 1129-000 | 1,435.00 |
| 7 filing cabinets | 1129-000 | 245.00 |
| phone system | 1129-000 | 850.00 |
| State of Tennsee Warrants | 1221-000 | 3,565.25 |
| **TOTAL GROSS RECEIPTS** | | **$523,991.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8S | IRS | 4300-000 | N/A | 2,464,477.14 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$2,464,477.14** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - WILLIAM M. FOSTER | 2100-000 | N/A | 29,449.59 | 29,449.59 | 29,449.59 |
| Other - International Surities, LTD | 2300-000 | N/A | 1,081.29 | 1,081.29 | 1,081.29 |
| Trustee Expenses - WILLIAM M. FOSTER | 2200-000 | N/A | 267.67 | 267.67 | 267.67 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 14.50 | 14.50 | 14.50 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 847.83 | 847.83 | 847.83 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 1,020.19 | 1,020.19 | 1,020.19 |
| Other - Gravitt Auctions & Appraisals, Inc. | 3640-000 | N/A | 340.40 | 340.40 | 340.40 |
| Other - Gravitt Auctions & Appraisals, Inc. | 3640-000 | N/A | 429.20 | 429.20 | 429.20 |
| Auctioneer for Trustee Expenses - Gravitt Auctions & Appraisals, Inc. | 3620-000 | N/A | 6,591.34 | 6,591.34 | 6,591.34 |
| Auctioneer for Trustee Expenses - Gravitt Auctions & Appraisals, Inc. | 3620-000 | N/A | 7,830.83 | 7,830.83 | 7,830.83 |
| Other - Southern Heritage Bank | 2410-000 | N/A | 15,000.00 | 15,000.00 | 15,000.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 1,099.73 | 1,099.73 | 1,099.73 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 1,022.13 | 1,022.13 | 1,022.13 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 921.26 | 921.26 | 921.26 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 1,092.65 | 1,092.65 | 1,092.65 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 992.20 | 992.20 | 992.20 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 957.16 | 957.16 | 957.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 739.78 | 739.78 | 739.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 646.40 | 646.40 | 646.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 668.59 | 668.59 | 668.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 736.17 | 736.17 | 736.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 712.00 | 712.00 | 712.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 642.14 | 642.14 | 642.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 755.79 | 755.79 | 755.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 685.99 | 685.99 | 685.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 662.18 | 662.18 | 662.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 752.52 | 752.52 | 752.52 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 637.44 | 637.44 | 637.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 750.29 | 750.29 | 750.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 703.68 | 703.68 | 703.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 634.63 | 634.63 | 634.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 657.45 | 657.45 | 657.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 728.10 | 728.10 | 728.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 681.49 | 681.49 | 681.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 657.83 | 657.83 | 657.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 747.58 | 747.58 | 747.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 655.87 | 655.87 | 655.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 722.72 | 722.72 | 722.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 699.05 | 699.05 | 699.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 607.95 | 607.95 | 607.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 764.61 | 764.61 | 764.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 673.53 | 673.53 | 673.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 627.72 | 627.72 | 627.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 716.43 | 716.43 | 716.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 670.62 | 670.62 | 670.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 647.14 | 647.14 | 647.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 712.96 | 712.96 | 712.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 689.62 | 689.62 | 689.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 644.17 | 644.17 | 644.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 709.89 | 709.89 | 709.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 664.44 | 664.44 | 664.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 641.37 | 641.37 | 641.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 728.88 | 728.88 | 728.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 637.78 | 637.78 | 637.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 636.83 | 636.83 | 636.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 723.76 | 723.76 | 723.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 634.94 | 634.94 | 634.94 |
| Other - International Surities, LTD | 2300-000 | N/A | 199.46 | 199.46 | 199.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 634.06 | 634.06 | 634.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 720.35 | 720.35 | 720.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 631.91 | 631.91 | 631.91 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 718.07 | 718.07 | 718.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 651.76 | 651.76 | 651.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 629.13 | 629.13 | 629.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 693.32 | 693.32 | 693.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 648.93 | 648.93 | 648.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 692.98 | 692.98 | 692.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 605.53 | 605.53 | 605.53 |
| Other - International Surities, LTD | 2300-000 | N/A | 147.09 | 147.09 | 147.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 669.51 | 669.51 | 669.51 |
| Other - Henderson Hutcherson & McCullough, PLLC | 3410-000 | N/A | 850.00 | 850.00 | 850.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 603.67 | 603.67 | 603.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 709.11 | 709.11 | 709.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$106,248.18** | **$106,248.18** | **$106,248.18** |

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5300-000 | N/A | N/A | 1,362.15 | 0.00 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 337.80 | 2,522.64 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 78.99 | 0.00 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 326.91 | 0.00 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 78.99 | 0.00 |
| | Tennessee Unemployment Tax | 5800-000 | N/A | N/A | 147.12 | 147.12 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 337.80 | 0.00 |
| 3 | City of Cleveland, Tennessee | 5800-000 | 3,040.00 | 5,134.09 | 5,134.09 | 5,134.09 |
| 4 | City of Cleveland, Tennessee | 5800-000 | N/A | 3,311.35 | 3,311.35 | 3,311.35 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | City of Cleveland, Tennessee | 5800-000 | N/A | 3,040.00 | 3,040.00 | 3,040.00 |
| 6 | TN Dept of Revenue | 5800-000 | N/A | 5,245.88 | 0.00 | 0.00 |
| 6 -2 | TN Dept of Revenue | 5800-000 | 2,153.14 | 5,000.00 | 5,000.00 | 5,000.00 |
| 8P | IRS | 5800-000 | N/A | 67,425.25 | 67,425.25 | 67,425.25 |
| 9 | Stephen Lanford | 5300-000 | 518.72 | 518.72 | 349.36 | 349.36 |
| 10 | Vickie Davis | 5300-000 | N/A | 611.15 | 411.61 | 411.61 |
| 12 | Leonard Willoughby | 5300-000 | N/A | 800.00 | 538.80 | 538.80 |
| 14 | Steven J. Mann | 5300-000 | 849.85 | 849.85 | 572.38 | 572.38 |
| 20 | TN Dept of Labor & Workforce Dev.- | 5800-000 | 500.00 | 2,669.43 | 2,669.43 | 2,669.43 |
| 21 | Clerk, United States Bankruptcy Court - Dale | 5300-001 | N/A | 613.94 | 413.49 | 413.49 |
| 22 | Clerk, United States Bankruptcy Court - Erin | 5300-001 | 422.75 | 845.50 | 569.44 | 569.44 |
| 26 | TN Dept of Revenue | 5800-000 | N/A | 4,753.68 | 0.00 | 0.00 |
| 28 | David L. Stephens | 5300-000 | N/A | 796.69 | 536.58 | 536.58 |
| 29 | Clerk, United States Bankruptcy Court - Jason S. | 5300-001 | N/A | 412.71 | 277.96 | 277.96 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $7,484.46 | $102,028.24 | $92,919.50 | $92,919.50 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Southern Heritage Bank | 7100-000 | N/A | 92,682.87 | 26,817.59 | 4,383.83 |
| 2 | Southern Heritage Bank | 7100-000 | 412.71 | 1,189,513.59 | 1,189,513.59 | 194,447.89 |
| 7 | Comdata | 7100-000 | 36,066.48 | 505.74 | 505.74 | 82.67 |
| 8U | IRS | 7100-000 | N/A | 664,288.04 | 664,288.04 | 108,590.11 |
| 11 | FedEx Tech Connect Inc as Assignee | 7100-000 | 1,241.35 | 1,328.52 | 1,328.52 | 217.17 |
| 13 | Interstate Billing Service, Inc. | 7100-000 | 8,071.02 | 3,877.34 | 3,877.34 | 633.82 |
| 15 | Clerk, United States Bankruptcy Court - | 7100-001 | 3,240.47 | 3,240.47 | 3,240.47 | 529.71 |
| 16 | Cleveland Utilities | 7100-000 | N/A | 749.03 | 749.03 | 122.44 |
| 17 | Insurance Incorporated | 7100-000 | 24,000.00 | 43,760.97 | 43,760.97 | 7,153.54 |
| 18 | GE Capital Retail Bank | 7100-000 | N/A | 522.73 | 522.73 | 85.45 |
| 19 | Cleveland Tire Center, Inc. | 7100-000 | 43,400.16 | 46,981.73 | 46,981.73 | 7,680.03 |
| 23 | NM Taxation & Revenue Department | 7100-000 | 2,650.79 | 2,917.50 | 2,917.50 | 476.92 |
| 24 | Aramark Uniform Services, division of | 7100-000 | N/A | 1,672.96 | 1,672.96 | 273.48 |
| 25P | Oregon Dept. of Transportation | 7100-000 | 1,814.25 | 2,156.28 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 25U | Oregon Dept. of Transportation | 7100-000 | N/A | 899.30 | 899.30 | 147.01 |
| 27 | Sprint Nextel - Correspondence | 7200-000 | N/A | 405.11 | 0.00 | 0.00 |
| NOTFILED | J.J. Keller | 7100-000 | 243.16 | N/A | N/A | 0.00 |
| NOTFILED | Midwestern Insurance | 7100-000 | 22,763.00 | N/A | N/A | 0.00 |
| NOTFILED | Lew & Wanda Winters | 7100-000 | 121,887.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Finnell | 7100-000 | 1,005.37 | N/A | N/A | 0.00 |
| NOTFILED | MHC-Kenworth-Chattanooga | 7100-000 | 3,509.96 | N/A | N/A | 0.00 |
| NOTFILED | Ocoee River Properties | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Konica Minolta Solutions U.S.A. | 7100-000 | 209.09 | N/A | N/A | 0.00 |
| NOTFILED | Lew Winters | 7100-000 | 1,734,729.00 | N/A | N/A | 0.00 |
| NOTFILED | Lew Winters | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | T&T Produce | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Peterbilt of Knoxville | 7100-000 | 2,230.97 | N/A | N/A | 0.00 |
| NOTFILED | Wanda Winters | 7100-000 | 943,205.03 | N/A | N/A | 0.00 |
| NOTFILED | Hireright Solutions | 7100-000 | 132.62 | N/A | N/A | 0.00 |
| NOTFILED | Woolf, McClane, Bright, Allen & Carpente | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Wanda Winters | 7100-000 | 1,734,729.00 | N/A | N/A | 0.00 |
| NOTFILED | Union Ins. Co. | 7100-000 | 9,926.00 | N/A | N/A | 0.00 |
| NOTFILED | Wanda Winters | 7100-000 | 589.00 | N/A | N/A | 0.00 |
| NOTFILED | Ronnie Snider | 7100-000 | 401.93 | N/A | N/A | 0.00 |
| NOTFILED | TruckPro, Inc. | 7100-000 | 3,360.44 | N/A | N/A | 0.00 |
| NOTFILED | Timothy Mantooth | 7100-000 | 269.84 | N/A | N/A | 0.00 |
| NOTFILED | PrePass | 7100-000 | 346.28 | N/A | N/A | 0.00 |
| NOTFILED | Burns & Henry, PC | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Dept of Revenue Taxpayer Services Division | 7100-000 | 2,935.35 | N/A | N/A | 0.00 |
| NOTFILED | Global Parts Inc. | 7100-000 | 2,741.35 | N/A | N/A | 0.00 |
| NOTFILED | Citibusiness Card | 7100-000 | 12,017.86 | N/A | N/A | 0.00 |
| NOTFILED | Cherokee Construction | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Claude Williford | 7100-000 | 422.90 | N/A | N/A | 0.00 |
| NOTFILED | Curtis Swafford | 7100-000 | 269.62 | N/A | N/A | 0.00 |
| NOTFILED | FleetPride | 7100-000 | 7,427.61 | N/A | N/A | 0.00 |
| NOTFILED | David L. Stephens | 7100-000 | 796.69 | N/A | N/A | 0.00 |
| NOTFILED | c/o Recovery Management Systems Corp. GE Captial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bradley County Trustee Michael J. Smith | 7100-000 | 12,078.86 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Brian Groves | 7100-000 | 413.33 | N/A | N/A | 0.00 |
| NOTFILED | Aramark Uniform Services | 7100-000 | 1,303.29 | N/A | N/A | 0.00 |
| NOTFILED | Acuity | 7100-000 | 8,030.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Customer Resource Center | 7100-000 | 152.29 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Accounts Receivable | 7100-000 | 367.11 | N/A | N/A | 0.00 |
| NOTFILED | Bailey Company | 7100-000 | 30.29 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Accounts Receivable | 7100-000 | 139.68 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $4,792,564.15 | $2,055,502.18 | $1,987,075.51 | $324,824.07 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:12-BK-10275-SDR  
**Case Name:** OCOEE RIVER TRANSPORT, INC.

**Trustee:** (620460) WILLIAM M. FOSTER  
**Filed (f) or Converted (c):** 01/18/12 (f)  
**§341(a) Meeting Date:** 03/02/12  

**Period Ending:** 10/25/18  
**Claims Bar Date:** 06/27/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | two checking acct., estimate<br>    Secured to Bank.  Nothing for Estate/ | 100.00 | 0.00 | | 0.00 | FA |
| 2 | possible utility deposit<br>    No money on deposit. | 500.00 | 500.00 | | 0.00 | FA |
| 3 | possible insurance refunds/amt. unknown | 1.00 | 1.00 | | 4,522.00 | FA |
| 4 | accounts receivable, estimate | 56,000.00 | 3,500.00 | | 3,524.50 | FA |
| 5 | dispute between IRS/Southern Heritage/amt unknow | 1.00 | 1.00 | | 0.00 | FA |
| 6 | Consumer lists, etc<br>    No value for Estate | 1.00 | 1.00 | | 0.00 | FA |
| 7 | 2011 Ford F-150 | 46,320.00 | 0.00 | | 0.00 | FA |
| 8 | 21 trucks, 40 trailers (estimated value) | 1,100,000.00 | 500,000.00 | | 501,390.00 | FA |
| 9 | computers | 200.00 | 200.00 | | 10.00 | FA |
| 10 | office furniture | 500.00 | 500.00 | | 450.00 | FA |
| 11 | Mitsubishi forklift | 7,500.00 | 7,500.00 | | 8,000.00 | FA |
| 12 | rack systems | 4,500.00 | 4,500.00 | | 1,435.00 | FA |
| 13 | 7 filing cabinets | 350.00 | 350.00 | | 245.00 | FA |
| 14 | misc. records/no value | 1.00 | 1.00 | | 0.00 | FA |
| 15 | phone system | 2,500.00 | 1,000.00 | | 850.00 | FA |
| 16 | State of Tennsee Warrants  (u) | 0.00 | 3,565.25 | | 3,565.25 | FA |
| **16** | **Assets    Totals** (Excluding unknown values) | **$1,218,474.00** | **$521,619.25** | | **$523,991.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

Realization of additional funds is unlikely.  Awaiting resolution of tax issues.

12-15-14-  Still awaiting tax clearance letter.  Questions on depreciation appear to Trustee to be the problem.

1-9-16-  Problems remain unresolved.  Resolution appears near.

4-27-16-  Progress had been made.  TFR should be filed within next 60 days.

6-28-17- 1/4ly Review - TFR preparation is in progress.  Case should be ready for closure very shortly.

7-19-17 -TFR filed 7-14-17 -- Distritubtions will be made in early August.

12-17-17- 1/4ly Review - Awaiting UST approval of TFR

Printed: 10/25/2018 04:07 PM    V.14.14

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:12-BK-10275-SDR  
**Case Name:** OCOEE RIVER TRANSPORT, INC.

**Trustee:** (620460) WILLIAM M. FOSTER  
**Filed (f) or Converted (c):** 01/18/12 (f)  
**§341(a) Meeting Date:** 03/02/12

**Period Ending:** 10/25/18

**Claims Bar Date:** 06/27/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013        **Current Projected Date Of Final Report (TFR):**    July 19, 2017  (Actual)

Printed: 10/25/2018 04:07 PM    V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 1:12-BK-10275-SDR  
**Case Name:** OCOEE RIVER TRANSPORT, INC.  
**Taxpayer ID #:** **-***9574  
**Period Ending:** 10/25/18

**Trustee:** WILLIAM M. FOSTER (620460)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******71- - Checking Account  
**Blanket Bond:** $2,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/12 | {16} | State of Tennessee | Payable Warrant from Tennessee | 1221-000 | 3,565.25 | | 3,565.25 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,540.25 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,515.25 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,490.25 |
| 05/04/12 | | Gravitt Auctions & Appraisals, LLC | Proceeds of Auction | | 512,380.00 | | 515,870.25 |
| | {9} | | 9 computers           10.00 | 1129-000 | | | 515,870.25 |
| | {10} | | Office furniture          450.00 | 1129-000 | | | 515,870.25 |
| | {11} | | Mitsubishi forklift     8,000.00 | 1129-000 | | | 515,870.25 |
| | {12} | | Rack Systems          1,435.00 | 1129-000 | | | 515,870.25 |
| | {13} | | filing cabitnets          245.00 | 1129-000 | | | 515,870.25 |
| | {15} | | phone system           850.00 | 1129-000 | | | 515,870.25 |
| | {8} | | 21 trucks, 40 trailers  501,390.00 | 1129-000 | | | 515,870.25 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 847.83 | 515,022.42 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,020.19 | 514,002.23 |
| 07/10/12 | 1001 | Gravitt Auctions & Appraisals, Inc. | Advertising, Parts & Labor in Preparation for Auction (Prorated) | | | 15,191.77 | 498,810.46 |
| | | | Proxibid Live Auction Fee    340.40 | 3640-000 | | | 498,810.46 |
| | | | Proxibid Online          429.20 | 3640-000 | | | 498,810.46 |
| | | | Advertising, Parts and Labor (prorated)   6,591.34 | 3620-000 | | | 498,810.46 |
| | | | Parts and Labor in preparation for Auction  7,830.83 | 3620-000 | | | 498,810.46 |
| 07/19/12 | 1002 | Southern Heritage Bank | Payment of Administrative Expense Claim as per Court Order | 2410-000 | | 15,000.00 | 483,810.46 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,099.73 | 482,710.73 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,022.13 | 481,688.60 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 921.26 | 480,767.34 |
| 10/01/12 | {3} | Travelers | Refund of Insurance Deposit (net of earned premium) | 1129-000 | 4,522.00 | | 485,289.34 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,092.65 | 484,196.69 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 992.20 | 483,204.49 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 957.16 | 482,247.33 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001062046088 20130110 | 9999-000 | | 482,247.33 | 0.00 |

Subtotals :  $520,467.25   $520,467.25

{} Asset reference(s)

Printed: 10/25/2018 04:07 PM    V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 1:12-BK-10275-SDR  
**Case Name:** OCOEE RIVER TRANSPORT, INC.

**Trustee:** WILLIAM M. FOSTER (620460)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******71- - Checking Account

**Taxpayer ID #:** **-***9574  
**Period Ending:** 10/25/18

**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 520,467.25 | 520,467.25 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 482,247.33 | |
| | | | **Subtotal** | | 520,467.25 | 38,219.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$520,467.25** | **$38,219.92** | |

{} Asset reference(s)

Printed: 10/25/2018 04:07 PM    V.14.14

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 1:12-BK-10275-SDR  
**Case Name:** OCOEE RIVER TRANSPORT, INC.  
**Taxpayer ID #:** **-***9574  
**Period Ending:** 10/25/18

**Trustee:** WILLIAM M. FOSTER (620460)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9065 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 482,247.33 | | 482,247.33 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 739.78 | 481,507.55 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 646.40 | 480,861.15 |
| 03/26/13 | 11003 | International Surities, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/26/2013 FOR CASE #12-10275, #016018003 - Payment of Bond | 2300-000 | | 412.54 | 480,448.61 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 668.59 | 479,780.02 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 736.17 | 479,043.85 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 712.00 | 478,331.85 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 642.14 | 477,689.71 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 755.79 | 476,933.92 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 685.99 | 476,247.93 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 662.18 | 475,585.75 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 752.52 | 474,833.23 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 637.44 | 474,195.79 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 750.29 | 473,445.50 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 703.68 | 472,741.82 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 634.63 | 472,107.19 |
| 03/10/14 | 11004 | International Surities, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2014 FOR CASE #12-10275, Foster - Bond # 016018003 | 2300-000 | | 443.78 | 471,663.41 |
| 03/18/14 | {4} | Bankruptcy Estate of Nation Glass & Mirror, Inc. | Transfer of funds to correct deposit in incorect case. State of Tennessee $2,099.50 and Divinity Container, LLC $1,425.00. - Accounts Receivable | 1129-000 | 3,524.50 | | 475,187.91 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 657.45 | 474,530.46 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 728.10 | 473,802.36 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 681.49 | 473,120.87 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 657.83 | 472,463.04 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 747.58 | 471,715.46 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 655.87 | 471,059.59 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 722.72 | 470,336.87 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 699.05 | 469,637.82 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 607.95 | 469,029.87 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 764.61 | 468,265.26 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 673.53 | 467,591.73 |

Subtotals :   $485,771.83   $18,180.10

{} Asset reference(s)   Printed: 10/25/2018 04:07 PM   V.14.14

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 1:12-BK-10275-SDR  
**Case Name:** OCOEE RIVER TRANSPORT, INC.  

**Taxpayer ID #:** **-***9574  
**Period Ending:** 10/25/18

**Trustee:** WILLIAM M. FOSTER (620460)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9065 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 627.72 | 466,964.01 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 716.43 | 466,247.58 |
| 04/30/15 | 11005 | International Surities, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2015 FOR CASE #12-10275, Bond #01608003 Term: 03/15/2015 - 03/15/2016 | 2300-000 | | 224.97 | 466,022.61 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 670.62 | 465,351.99 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 647.14 | 464,704.85 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 712.96 | 463,991.89 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 689.62 | 463,302.27 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 644.17 | 462,658.10 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 709.89 | 461,948.21 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 664.44 | 461,283.77 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 641.37 | 460,642.40 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 728.88 | 459,913.52 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 637.78 | 459,275.74 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 636.83 | 458,638.91 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 723.76 | 457,915.15 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 634.94 | 457,280.21 |
| 05/25/16 | 11006 | International Surities, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/25/2016 FOR CASE #1:12-BK-10275, 2016 Bond Premium | 2300-000 | | 199.46 | 457,080.75 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 634.06 | 456,446.69 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 720.35 | 455,726.34 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 631.91 | 455,094.43 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 718.07 | 454,376.36 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 651.76 | 453,724.60 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 629.13 | 453,095.47 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 693.32 | 452,402.15 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 648.93 | 451,753.22 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 692.98 | 451,060.24 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 605.53 | 450,454.71 |
| 03/31/17 | 11007 | International Surities, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/31/2017 FOR CASE #1:12-BK-10275, 2017 Bond | 2300-000 | | 147.09 | 450,307.62 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 669.51 | 449,638.11 |
| 04/23/17 | 11008 | Henderson Hutcherson & | Payment of Accountants' fees per Court Order | 3410-000 | | 850.00 | 448,788.11 |

Subtotals :    $0.00    $18,803.62

{} Asset reference(s)    Printed: 10/25/2018 04:07 PM    V.14.14

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 1:12-BK-10275-SDR  
**Case Name:** OCOEE RIVER TRANSPORT, INC.

**Trustee:** WILLIAM M. FOSTER (620460)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9065 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

**Taxpayer ID #:** **-***9574  
**Period Ending:** 10/25/18

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | McCullough, PLLC | of April 18, 2017 (Doc. No. 77) | | | | |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 603.67 | 448,184.44 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 709.11 | 447,475.33 |
| 05/04/18 | 11009 | WILLIAM M. FOSTER | Dividend paid 100.00% on $29,449.59, Trustee Compensation;  Reference: | 2100-000 | | 29,449.59 | 418,025.74 |
| 05/04/18 | 11010 | WILLIAM M. FOSTER | Dividend paid 100.00% on $267.67, Trustee Expenses;  Reference: | 2200-000 | | 267.67 | 417,758.07 |
| 05/04/18 | 11011 | Clerk, United States Bankruptcy Court | Dividend paid 100.00% on $14.50, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 14.50 | 417,743.57 |
| 05/04/18 | 11012 | Stephen Lanford | Dividend paid 100.00% on $349.36; Claim# 9; Filed: $518.72; Reference: NONE | 5300-000 | | 349.36 | 417,394.21 |
| 05/04/18 | 11013 | Vickie Davis | Dividend paid 100.00% on $411.61; Claim# 10; Filed: $611.15; Reference: 8804 | 5300-000 | | 411.61 | 416,982.60 |
| 05/04/18 | 11014 | Leonard Willoughby | Dividend paid 100.00% on $538.80; Claim# 12; Filed: $800.00; Reference: 8050 | 5300-000 | | 538.80 | 416,443.80 |
| 05/04/18 | 11015 | Steven J. Mann | Dividend paid 100.00% on $572.38; Claim# 14; Filed: $849.85; Reference: | 5300-000 | | 572.38 | 415,871.42 |
| 05/04/18 | 11016 | Dale Dutcher | Dividend paid 100.00% on $413.49; Claim# 21; Filed: $613.94; Reference: 6675<br>Stopped on 09/19/18 | 5300-000 | | 413.49 | 415,457.93 |
| 05/04/18 | 11017 | Erin Langley | Dividend paid 100.00% on $569.44; Claim# 22; Filed: $845.50; Reference: 3233<br>Stopped on 09/19/18 | 5300-000 | | 569.44 | 414,888.49 |
| 05/04/18 | 11018 | David L. Stephens | Dividend paid 100.00% on $536.58; Claim# 28; Filed: $796.69; Reference: | 5300-000 | | 536.58 | 414,351.91 |
| 05/04/18 | 11019 | Jason S. Forester | Dividend paid 100.00% on $277.96; Claim# 29; Filed: $412.71; Reference:<br>Stopped on 09/19/18 | 5300-000 | | 277.96 | 414,073.95 |
| 05/04/18 | 11020 | Tennessee Unemployment Tax | Dividend paid 100.00% on $147.12; Filed: $0.00 for TN Unemployment<br>Stopped on 10/17/18 | 5800-000 | | 147.12 | 413,926.83 |
| 05/04/18 | 11021 | TN Dept of Revenue | Dividend paid 100.00% on $5,000.00; Claim# 6 -2; Filed: $5,000.00; Reference: 9574 | 5800-000 | | 5,000.00 | 408,926.83 |
| 05/04/18 | 11022 | TN Dept of Labor & Workforce Dev.- | Dividend paid 100.00% on $2,669.43; Claim# 20; Filed: $2,669.43; Reference: 9574 | 5800-000 | | 2,669.43 | 406,257.40 |
| 05/04/18 | 11023 | Comdata | Dividend paid  16.34% on $505.74; Claim# 7; Filed: $505.74; Reference: C023 | 7100-000 | | 82.67 | 406,174.73 |
| 05/04/18 | 11024 | FedEx Tech Connect Inc as | Dividend paid  16.34% on $1,328.52; Claim# | 7100-000 | | 217.17 | 405,957.56 |

Subtotals :       $0.00    $42,830.55

{} Asset reference(s)                                                             Printed: 10/25/2018 04:07 PM    V.14.14

Exhibit 9

## Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 1:12-BK-10275-SDR  
**Case Name:** OCOEE RIVER TRANSPORT, INC.  

**Taxpayer ID #:** **-***9574  
**Period Ending:** 10/25/18

**Trustee:** WILLIAM M. FOSTER (620460)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9065 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Assignee | 11; Filed: $1,328.52; Reference: 4367 | | | | |
| 05/04/18 | 11025 | Interstate Billing Service, Inc. | Dividend paid 16.34% on $3,877.34; Claim# 13; Filed: $3,877.34; Reference: 8597 | 7100-000 | | 633.82 | 405,323.74 |
| 05/04/18 | 11026 | Freightliner of Chattanooga | Dividend paid 16.34% on $3,240.47; Claim# 15; Filed: $3,240.47; Reference: 6789 Stopped on 09/19/18 | 7100-000 | | 529.71 | 404,794.03 |
| 05/04/18 | 11027 | Cleveland Utilities | Dividend paid 16.34% on $749.03; Claim# 16; Filed: $749.03; Reference: 6789 | 7100-000 | | 122.44 | 404,671.59 |
| 05/04/18 | 11028 | Insurance Incorporated | Dividend paid 16.34% on $43,760.97; Claim# 17; Filed: $43,760.97; Reference: NONE | 7100-000 | | 7,153.54 | 397,518.05 |
| 05/04/18 | 11029 | GE Capital Retail Bank | Dividend paid 16.34% on $522.73; Claim# 18; Filed: $522.73; Reference: 2230 | 7100-000 | | 85.45 | 397,432.60 |
| 05/04/18 | 11030 | Cleveland Tire Center, Inc. | Dividend paid 16.34% on $46,981.73; Claim# 19; Filed: $46,981.73; Reference: 0661 | 7100-000 | | 7,680.03 | 389,752.57 |
| 05/04/18 | 11031 | NM Taxation & Revenue Department | Dividend paid 16.34% on $2,917.50; Claim# 23; Filed: $2,917.50; Reference: 9574 | 7100-000 | | 476.92 | 389,275.65 |
| 05/04/18 | 11032 | Aramark Uniform Services, division of | Dividend paid 16.34% on $1,672.96; Claim# 24; Filed: $1,672.96; Reference: 2585 | 7100-000 | | 273.48 | 389,002.17 |
| 05/04/18 | 11033 | Oregon Dept. of Transportation | Dividend paid 16.34% on $899.30; Claim# 25U; Filed: $899.30; Reference: 2533 | 7100-000 | | 147.01 | 388,855.16 |
| 05/04/18 | 11034 | City of Cleveland, Tennessee | Combined Check for Claims#3,4,5 | | | 11,485.44 | 377,369.72 |
| | | | Dividend paid 100.00% 5,134.09 on $5,134.09; Claim# 3; Filed: $5,134.09; Reference: 0135 | 5800-000 | | | 377,369.72 |
| | | | Dividend paid 100.00% 3,311.35 on $3,311.35; Claim# 4; Filed: $3,311.35; Reference: 0034 | 5800-000 | | | 377,369.72 |
| | | | Dividend paid 100.00% 3,040.00 on $3,040.00; Claim# 5; Filed: $3,040.00; Reference: 0135 | 5800-000 | | | 377,369.72 |
| 05/04/18 | 11035 | Internal Revenue Service | Combined Check for Claims#et_al. Stopped on 09/14/18 | 5300-000 | | 2,522.64 | 374,847.08 |
| 05/04/18 | 11036 | IRS | Combined Check for Claims#8U,8P | | | 176,015.36 | 198,831.72 |
| | | | Dividend paid 16.34% 108,590.11 on $664,288.04; Claim# 8U; Filed: $664,288.04; | 7100-000 | | | 198,831.72 |

Subtotals :  $0.00   $207,125.84

{} Asset reference(s)   Printed: 10/25/2018 04:07 PM   V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 1:12-BK-10275-SDR | Trustee: | WILLIAM M. FOSTER (620460) |
|---|---|---|---|
| Case Name: | OCOEE RIVER TRANSPORT, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9065 - Checking Account |
| Taxpayer ID #: | **-***9574 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 10/25/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Reference: 9574 | | | | |
| | | | Dividend paid 100.00% on $67,425.25; Claim# 8P; Filed: $67,425.25; Reference: 9574 | 67,425.25 | 5800-000 | | | 198,831.72 |
| 05/04/18 | 11037 | Southern Heritage Bank | Combined Check for Claims#1,2 | | | 198,831.72 | 0.00 |
| | | | Dividend paid 16.34% on $26,817.59; Claim# 1; Filed: $92,682.87; Reference: 9552 | 4,383.83 | 7100-000 | | | 0.00 |
| | | | Dividend paid 16.34% on $1,189,513.59; Claim# 2; Filed: $1,189,513.59; Reference: 1130 | 194,447.89 | 7100-000 | | | 0.00 |
| 09/13/18 | | Internal Revenue Service | Combined Check for Claims#et_al. | | | 2,522.64 | -2,522.64 |
| | | | Dividend paid 100.00% on $337.80 | 337.80 | 5300-000 | | | -2,522.64 |
| | | | Dividend paid 100.00% on $1362.15 | 1,362.15 | 5300-000 | | | -2,522.64 |
| | | | Dividend paid 100.00% on $78.99 | 78.99 | 5300-000 | | | -2,522.64 |
| | | | Dividend paid 100.00% on $337.80 | 337.80 | 5300-000 | | | -2,522.64 |
| | | | Dividend paid 100.00% on $78.99 | 78.99 | 5300-000 | | | -2,522.64 |
| | | | Dividend paid 100.00% on $326.91 | 326.91 | 5300-000 | | | -2,522.64 |
| 09/14/18 | 11035 | Internal Revenue Service | Combined Check for Claims#et_al. Stopped: check issued on 05/04/18 | | 5300-000 | | -2,522.64 | 0.00 |
| 09/19/18 | 11016 | Dale Dutcher | Dividend paid 100.00% on $413.49; Claim# 21; Filed: $613.94; Reference: 6675 Stopped: check issued on 05/04/18 | | 5300-000 | | -413.49 | 413.49 |
| 09/19/18 | 11017 | Erin Langley | Dividend paid 100.00% on $569.44; Claim# 22; Filed: $845.50; Reference: 3233 Stopped: check issued on 05/04/18 | | 5300-000 | | -569.44 | 982.93 |
| 09/19/18 | 11019 | Jason S. Forester | Dividend paid 100.00% on $277.96; Claim# 29; Filed: $412.71; Reference: Stopped: check issued on 05/04/18 | | 5300-000 | | -277.96 | 1,260.89 |

Subtotals :   $0.00   $197,570.83

{} Asset reference(s)

Printed: 10/25/2018 04:07 PM   V.14.14

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 1:12-BK-10275-SDR  
**Case Name:** OCOEE RIVER TRANSPORT, INC.

**Trustee:** WILLIAM M. FOSTER (620460)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9065 - Checking Account

**Taxpayer ID #:** **-***9574  
**Period Ending:** 10/25/18

**Blanket Bond:** $2,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/19/18 | 11026 | Freightliner of Chattanooga | Dividend paid 16.34% on $3,240.47; Claim# 15; Filed: $3,240.47; Reference: 6789 Stopped: check issued on 05/04/18 | | 7100-000 | | -529.71 | 1,790.60 |
| 09/19/18 | 11038 | Clerk, United States Bankruptcy Court | Unclaimed funds from Claims 21, 22, 29, and 15 | | | | 1,790.60 | 0.00 |
| | | | Ref # 6675 | 413.49 | 5300-001 | | | 0.00 |
| | | | Ref # 3233 | 569.44 | 5300-001 | | | 0.00 |
| | | | Unclaimed wage check | 277.96 | 5300-001 | | | 0.00 |
| | | | Ref # 6789 - Unclaimed funds | 529.71 | 7100-001 | | | 0.00 |
| 10/17/18 | 11020 | Tennessee Unemployment Tax | Dividend paid 100.00% on $147.12; Filed: $0.00 for TN Unemployment Stopped: check issued on 05/04/18 | | 5800-000 | | -147.12 | 147.12 |
| 10/17/18 | 11039 | Tennessee Department of Labor and Workforce Development | | | 5800-000 | | 147.12 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 485,771.83 | 485,771.83 | $0.00 |
| Less: Bank Transfers | 482,247.33 | 0.00 | |
| **Subtotal** | 3,524.50 | 485,771.83 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,524.50** | **$485,771.83** | |

Net Receipts : 523,991.75  
_____  
Net Estate : $523,991.75

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******71- | 520,467.25 | 38,219.92 | 0.00 |
| Checking # ******9065 | 3,524.50 | 485,771.83 | 0.00 |
| | $523,991.75 | $523,991.75 | $0.00 |

{} Asset reference(s)